IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OLIVIER NATAF, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISAAC OUAZANA, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-01863-DLB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Oliver Nataf and JJN Baltimore Corp. ("Plaintiffs"), by counsel, and Defendants Benjamin Ouazana, Isaac Ouazana, I&B Capital Investments LLC, WAZ-Brothers, LLC, WAZ-Investments, LLC, and WAZ Management, LLC (jointly "Defendants"), by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action is settled and dismissed with prejudice as to all claims and causes of action.

Dated: September 8, 2022

FOX ROTHSCHILD LLP

*/s/ Robert P. Fletcher*
Robert P. Fletcher (Bar No. 02893)
2020 K Street N.W., Suite 500
Washington, D.C. 20006
Phone: (202) 794-1222
Fax: (202) 461-3102
rfletcher@foxrothschild.com

*Attorneys for Plaintiffs*

LAW OFFICE OF JEFFREY R.
SCHOLNICK, P.A.

*/s/ Jeffrey R. Scholnick*
Jeffrey R. Scholnick (Bar No. 25017)
9515 Deereco Road, Suite 407

2

        Timonium, Maryland 21093
        (410) 494-9944
        jscholnick@scholnicklaw.com

        *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which served a copy on Defendants' counsel:

Jeffrey R. Scholnick
Law Office of Jeffrey R. Scholnick, P.A.
9515 Deereco Road, Suite 407
Timonium, Maryland 21093

                                                */s/ Robert P. Fletcher*
                                                Robert P. Fletcher